No. 199. GEORGE FRED WILLIAMS, EXECUTOR OF THE ESTATE OF AMEY M. STARKWEATHER, PLAINTIFF IN ERROR, *v.* JOSEPH U. STARKWEATHER, ADMINISTRATOR, ETC. In error to the Supreme Court of the State of Rhode Island. Motion to dismiss or affirm submitted December 9, 1912. Decided December 16, 1912. *Per Curiam:*

Dismissed for the want of jurisdiction. *Loeber* v. *Schroeder*, 149 U. S. 580, 585; *Miller* v. *Cornwell*, 168 U. S. 131; *Fayerweather* v. *Ritch*, 195 U. S. 299; *Farrell* v. *O'Brien*, 199 U. S. 100. *Mr. James A. Halloran* for the plaintiff in error. *Mr. Edward D. Bassett* for the defendant in error.